IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC WILTON BURTON,

    Petitioner,                      No. CIV S-06-2176 FCD DAD P

    vs.

KEN CLARK, et al.,

    Respondents.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a motion to proceed in forma pauperis.

        Petitioner is confined within the Fresno Division of the United States District Court for the Eastern District of California. His habeas petition attacks a judgment of conviction entered in the San Diego County Superior Court in El Cajon. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, any and all witnesses and evidence necessary for the resolution of petitioner's habeas petition are more readily available in San Diego County. See 28 U.S.C. § 2241(d); Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 499 n.15 (1973). In the furtherance of justice, this action will be transferred to the district where petitioner was convicted.

/////

1     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
2 United States District Court for the Southern District of California.
3 DATED: October 12, 2006.

                                        */s/ Dale A. Drozd*
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
burt2176.108